1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                          WESTERN DIVISION

11  TAYLOR PROFITA,                     Case No. CV 18-00286-PA (DFM)

12              Plaintiff,
                                        Order Accepting Report and
13          v.                          Recommendation of United States
                                        Magistrate Judge
14  STEPHEN ANDERSEN et al.,

15              Defendant.

16

17

18

19      Under 28 U.S.C. § 636, the Court has reviewed the pleadings and all the

20  records and files herein, along with the Report and Recommendation of the

21  assigned United States Magistrate Judge. Further, the Court has engaged in a

22  de novo review of those portions of the Report and Recommendation to which

23  objections have been made.  The Court accepts the findings, conclusions, and

24  recommendations of the United States Magistrate Judge.

25      IT IS THEREFORE ORDERED that Defendant's motion to dismiss is

26  granted. Defendant's motion for sanctions and Plaintiff's request for entry of

27  default are DENIED.

28  . . . .

IT IS FURTHER ORDERED that Judgment be entered dismissing the Complaint with prejudice.

Dated: August 31, 2018

_____
PERCY ANDERSON
United States District Judge