JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAYLOR PROFITA,<br><br>                Plaintiff,<br><br>        v.<br><br>STEPHEN ANDERSEN et al.,<br><br>                Defendants. | Case No. CV 18-00286-PA (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

Dated:  August 31, 2018

_____
PERCY ANDERSON
United States District Judge